OPINION # O-7518          WAS NEVER ISSUED OR

WAS WITHDRAWN.